No. 585. PUTZIER *v.* RICHARDSON. November 20, 1944. *Per Curiam:* The appeal is dismissed for want of jurisdiction. § 237 (a), Judicial Code as amended, 28 U. S. C., § 344 (a). Treating the papers whereon the appeal was allowed as a petition for writ of certiorari as required by § 237 (c) of the Judicial Code, as amended, 28 U. S. C., § 344 (c), certiorari is denied. *Mr. Thomas A. Flynn* for appellant.

No. —. Ex PARTE VERGIL D. McMILLAN. November 20, 1944. Application denied.

No. —. Ex PARTE WILLIAM H. RICCIA; and

No. —. Ex PARTE JACK A. McCOY. November 20, 1944. The motions for leave to file petitions for writs of mandamus are denied.

No. —. Ex PARTE GREEN WILBURN. November 20, 1944. The motion for leave to file petition for writ of habeas corpus is denied.